FILED
FEB 7 - 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE JOHNSTON
MAGISTRATE JUDGE JENSEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| UNITED STATES OF AMERICA | ) | No. 23 CR 50004 |
|---|---|---|
| vs. | ) | Violations: Title 18, United States Code, Sections 1791(a)(2), (b)(3), and (d)(1)(B) |
| JOSE ENRIQUE AKER | ) | |

## COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

1. At times material to this indictment:

    A. United States Penitentiary Thomson ("USP Thomson") was a United States Bureau of Prisons facility located in Thomson, Illinois.

    B. Defendant JOSE ENRIQUE AKER was an inmate at USP Thomson.

2. On or about June 12, 2020, at USP Thomson, within the Northern District of Illinois, Western Division,

JOSE ENRIQUE AKER,

defendant herein, knowingly did possess a prohibited object, namely, a weapon and an object designed and intended to be used as a weapon, which is further described as an approximately 5-inch-long plastic object with a pointed tip and white material handle,

In violation of Title 18, United States Code, Sections 1791(a)(2), (b)(3), and (d)(1)(B).

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

1. Paragraphs 1(A) and (B) of Count One of this indictment are realleged here.

2. On or about August 5, 2020, at USP Thomson, within the Northern District of Illinois, Western Division,

JOSE ENRIQUE AKER,

defendant herein, knowingly did possess a prohibited object, namely, a weapon and an object designed and intended to be used as a weapon, which is further described as an approximately 5-inch-long plastic object with a pointed tip and white material handle,

In violation of Title 18, United States Code, Sections 1791(a)(2), (b)(3), and (d)(1)(B).

A TRUE BILL:

FOREPERSON

*John R. Lausch, Jr. /SRP*
UNITED STATES ATTORNEY