Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE JOHNSTON | Sitting Judge if Other than Assigned Judge | Lisa A. Jensen |
|---|---|---|---|
| CASE NUMBER | 23 CR 50004 | DATE | February 7, 2023 |
| CASE TITLE | USA v. Jose Enrique Aker | | |

### GRAND JURY PROCEEDINGS

**DOCKET ENTRY:**

The Grand Jury for the October 2022 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE LISA A. JENSEN

Arrest Warrant to issue

*/s/ Lisa A. Jensen*
Judge Lisa A. Jensen